IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SAMUEL W. DRINKARD,
    Plaintiff Pro Se,

V.                         CASE NO.: 5:21-cv-220-JLB-PRL

MARK INCH, Secretary,
Dept of Corrections,
    et. al.
    Defendants,
_____/

## NOTICE OF INQUIRY

COMES NOW, SAMUEL W. DRINKARD, Plaintiff Pro Se, in the above styled cause and respectfully inquires as to the status of Plaintiff's case.

Plaintiff filed this suit on April 20, 2021, and as of this date none of the Defendants have filed an answer to Plaintiff's Complaint.

There has been several changes of Counsel for the Defendants and this Court granted one extension of time to file a response which Defendants requested on March 31, 2022.

Plaintiff spoke briefly with Counsel for the Defendant on the phone a couple of weeks ago, and was informed that a Motion to Dismiss had been filed by

the Defendants, but Plaintiff has not received a copy of this motion, nor any such pleading, or response or answer to the complaint.

Plaintiff respectfully requests a full and detailed status report that lists the dates of all service of process, Defense Counsels names for each of the identified defendants, and also the reasons for such delay in this case.

There are 4 identified defendants so far in this case, and Plaintiff is unable to identify the remaining 3 defendants without discovery. Thus, Plaintiff requests for Discovery to be opened in this case to ensure full compliance with all Court rules and applicable laws.

Plaintiff contends that his Constitutional Rights were violated by each of the 7 Defendants in this case and he will not rest until justice has been served on each Defendant.

Plaintiff is a layman and is now very confused by all the changes of counsel and delays in this case, and respectfully asks this Court to give Plaintiff a detailed summary of the status of his case.

WHEREFORE, Plaintiff requests full Discovery and a detailed summary of the status of this case in a timely and civilized manner. As it appears

that a lot of legal delay tactics are being employed by the Defendants and Plaintiff still suffers from the traumatic incident which occurred on Jan. 29, 2019, and will continue to suffer from the malicious and sadistic actions of the Defendants on that day, until justice is rendered.

Respectfully Submitted,

Sam W. Drinkard
DC# 513683
R. M. C.
Po Box 628
Lake Butler Fl.
32054

that a lot of legal delay tactics are being employed by the Defendants and Plaintiff is suffering from the inhumane, tortured, uncovered on-going medical conditions will continue to ensure the disastrous, continuous, and sadistic actions of the Defendants on fact day, until justice is rendered.

Re: pectfully Submitted,

Ira W. Winters
#515553
R-12-2
501 bass
B.W./Pct. St.
32058

*[Stamp: RECEPTION AND MEDICAL CENTER DATE: 6/21/22 INMATE INITIALS: IW]*