UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SAMUEL W. DRINKARD,

    Plaintiff,

v().    Case No. 5:21-cv-220-JLB-PRL

NATHAN PHILLIPS, ALFREDO
RODRIGUEZ and DAVID
SANTIAGO,

    Defendants.
_____/

## ORDER EXTENDING TIME FOR DISCOVERY AND STAYING CASE

The defendants move for an extension of the discovery deadlines in this case. (Doc. 103.) Counsel states that a former employee was tasked to propound interrogatories to Plaintiff and to obtain a release of Plaintiff's medical records. That employee, however, ended her employment before doing so. (Id. at 2.) Counsel was out of the office dealing with a recent death in the family during that time and was unaware of the oversight. (Id.) Counsel has also had difficulty coordinating Plaintiff's deposition. (Id.) The Court finds good cause under Rule 6(b)(A) of the Federal Rules of Civil Procedure to **GRANT** the motion (Doc. 103) and extend the discovery deadlines to the extent set forth below:

- Discovery Deadline:     **August 5, 2024**
- Meet and Confer Deadline:     **August 19, 2024**
- Report Regarding Settlement:     **September 2, 2024**
- Dispositive Motions:     **September 16, 2024**

With the exception of these updates, the Court's December 7, 2023 Case Management and Scheduling Order (Doc. 97) remains in effect. The parties are advised that, given the age of this case, the Court is not inclined to grant further extensions of time for discovery absent exceptional circumstances.

Moreover, given this extension, the Court will stay this action to provide the parties a reasonable opportunity to complete discovery and properly prepare a case for trial or motions for summary judgment. See Smith v. Florida, Dep't of Corr., 713 F.3d 1059, 1064 (11th Cir. 2013) (providing that "[s]ummary judgment is premature when a party is not provided a reasonable opportunity to discover information essential to his opposition"). Therefore, the **Clerk** is directed to both **STAY THIS CASE** and to place a **STAY FLAG** on this file until the Court lifts the stay.

**DONE AND ORDERED** in Ocala, Florida on May 2, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

SA: FTMP-2
Copies: All Parties of Record