UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SAMUEL W. DRINKARD,

    Plaintiff,

v.

NATHAN PHILLIPS, *et al.*,

    Defendants.

Case No. 5:21-cv-220-JLB-PRL

## NOTICE OF APPEARANCE AND DESIGNATION AS LEAD COUNSEL

James M. Slater of Slater Legal PLLC hereby gives notice of his appearance as co-counsel on behalf of Plaintiff Samuel W. Drinkard. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 2296 Henderson Mill Rd. NE #116, Atlanta, Georgia 30345 and james@slater.legal and eservice@slaterlegal.com.

Dated: July 9, 2024

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
james@slater.legal
Tel. (305) 523-9023

*Lead Counsel for Plaintiff*