UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SAMUEL W. DRINKARD,**

    Plaintiff,

v.                                                            Case No: 5:21-cv-220-JLB-PRL

**NATHAN PHILLIPS, ALFREDO RODRIGUEZ and DAVID SANTIAGO,**

    Defendants.

### ORDER

In accordance with the Court's call for *pro bono* counsel (Doc. 106), Attorney James Murray Slater has entered a Notice of Appearance. (Doc. 107). Therefore, the Court appoints James M. Slater of Slater Legal, PLLC, 2296 Henderson Mill Rd. NE, Atlanta, GA 30345, as counsel for Plaintiff. Because Mr. Slater will provide representation *pro bono* (subject to a potential statutory fee award), he may seek authorization from the Court's Bench-Bar Fund for reimbursement of appropriate litigation expenses. The Court appreciates the service of appointed counsel.

If counsel anticipates seeking reimbursement of expenses, he must submit a Proposed Expense Budget Form to the Clerk's Office no later than **SIXTY (60) DAYS** of the date on this Order. The proposed expense budge will not be made part of the docket.[1]

---

[1] The Proposed Expense Budget Form and the Court's "Plan for Pro Bono Representation by Appointment in Civil Cases" may be found on the Court's website at: https://www.flmd.uscourts.gov/pro-bono-appointments-civil-cases

**DONE AND ORDERED** at Ocala, Florida, this 16th day of July 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies:   Samuel W. Drinkard
          Counsel of Record