UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SAMUEL W. DRINKARD,

    Plaintiff,

v.                                          Case No.  5:21-cv-220-JLB-PRL

NATHAN PHILLIPS, ALFREDO
RODRIGUEZ and DAVID
SANTIAGO,

    Defendants.
_____/

## ORDER EXTENDING TIME FOR DISCOVERY

Plaintiff, through newly-appointed counsel, moves for extension of the discovery deadlines in this case. (Doc. 108.) The motion is unopposed. (*Id.* at 4). Counsel seeks a 90-day extension of certain case management and scheduling deadlines because of his schedule, the difficulties associated with incarcerated clients, and the need to allow sufficient time for discovery. The Court finds good cause under Rule 6(b)(A) of the Federal Rules of Civil Procedure to **GRANT** the motion (Doc. 108) and extends the discovery deadlines as set forth below:

- Discovery Deadline:           **November 4, 2024**
- Meet and Confer Deadline:   **November 18, 2024**
- Report Regarding Settlement:   **December 2, 2024**
- Dispositive Motions:           **December 16, 2024**

With the exception of these updates, the Court's December 7, 2023 Case Management and Scheduling Order (Doc. 97) remains in effect. The parties are once again advised that, given

the age of this case, the Court is not inclined to grant further extensions of time for discovery absent exceptional circumstances.

**DONE AND ORDERED** in Ocala, Florida on July 16, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

SA:  FTMP-2
Copies: All Parties of Record