UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| SAMUEL W. DRINKARD,<br><br>    Plaintiff,<br><br>v.<br><br>NATHAN PHILLIPS, *et al.*,<br><br>    Defendants. | Case No. 5:21-cv-220-JLB-PRL |

**PLAINTIFF'S NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09(a), Plaintiff Samuel W. Drinkard, through his counsel, respectfully notifies the Court that the parties have reached a settlement in this case whereby all parties will stipulate to a dismissal of the action with prejudice with each side to bear their own fees and costs.

Counsel are in the process of drafting their settlement papers, and respectfully request that the Court vacate all pending deadlines, deny all pending motions as moot, and administratively close this case while the parties finalize their settlement papers and complete all conditions of settlement. Counsel would ask the Court permit 60 days for the parties to complete those matters, at which time the parties would file a joint stipulation of dismissal.

Defense counsel has reviewed this notice before filing and approves its contents.

Dated: September 5, 2024.

                Respectfully submitted,

                /s/ *James M. Slater*
                James M. Slater (FBN 111779)
                Slater Legal PLLC
                2296 Henderson Mill Rd NE #116
                Atlanta, GA 30345
                Tel: (305) 523-9023
                james@slater.legal

                *Counsel for Plaintiff*